# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FAUX EFFECTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KELLY S. KING INSTITUTE OF ) <br> DECORATIVE FINISHES, INC., ) <br> ) <br> Defendant. ) | Case No. 8:08CV44 <br><br> (Related Case No. 06-14114-CIV, U.S. District Court for the Southern District of Florida) <br><br> **SCHEDULING ORDER** |

     This matter is before the magistrate judge on the defendant's Motion to Quash Subpoena [1]. Defendant/Movant advises that on August 27, 2007 it agreed to the entry of judgment against it in *Faux Effects International, Inc. v. Kelly S. King Institute of Decorative Finishes, Inc.*, Case No. 06-14114-CIV, Southern District of Florida. On January 11, 2008, plaintiff caused a subpoena to be issued out of this court commanding the production of 11 categories of documents, to be delivered to plaintiff's counsel via overnight delivery by January 30, 2008. The subpoena was served on defendant's registered agent on January 15, 2008, and the Motion to Quash was filed on January 30, 2008.

     To facilitate the disposition of this matter,

     **IT IS ORDERED:**

     1. Compliance with the subpoena is stayed pending this court's resolution of the motion to quash.

     2. All responses in opposition to the motion shall be electronically filed no later than **February 20, 2008.**

     3. Pursuant to NECivR 7.1(c), Defendant/Movant may file a reply brief and index of evidence no later than five (5) business days after the non-moving party files and serves its opposing brief.

     DATED January 31, 2008.

                                                           BY THE COURT:

                                                         s/ F.A. Gossett
                                                         **United States Magistrate Judge**